**Michael Fuller, OSB No. 09357**
OlsenDaines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-222-2000

Lead Trial Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **RONALD WILLIAMSON** individually, and on behalf of others similarly situated<br><br>Plaintiff<br><br>vs<br><br>**CURALEAF, INC.**<br><br>Defendant | Case No. 3:22-cv-00782-IM<br><br>**NOTICE OF PROPOSED CLASS ACTION SETTLEMENT** |

NOTICE OF PROPOSED CLASS ACTION SETTLEMENT

On October 20, 2022 at mediation with Retired Oregon Supreme Court Justice Sue Leeson, the parties reached material class action settlement terms as follows, subject to Court approval.

**NOTICE OF PROPOSED SETTLEMENT** – Page 1 of 3

The class consists of approximately 500 consumers who purchased defendant's Select CBD Drops advertised as containing CBD that actually contained THC. To settle the claims of the class members, defendant or its insurer will fund a $100,000 settlement, and defendant or its insurer will pay for the cost of claims administration.

Class members who timely submit verified claims will be entitled to a payment of $150 to $200 each, depending on how many claims are submitted. Any unclaimed funds or uncashed checks shall be donated to cy pres recipient Oregon Consumer Justice, a local consumer protection nonprofit. Plaintiff and the class members will release all claims of the type raised in the class action complaint, excluding any claims for negligence or personal injury. Class counsel intends to seek Court approval for attorney fees and costs on a common fund basis, requesting no more than 25% of the settlement fund.

October 20, 2022

                                        **RESPECTFULLY FILED,**

                                        s/ Michael Fuller
                                        **Michael Fuller, OSB No. 09357**
                                        Lead Trial Attorney for Plaintiff
                                        OlsenDaines
                                        US Bancorp Tower
                                        111 SW 5th Ave., Suite 3150
                                        Portland, Oregon 97204
                                        michael@underdoglawyer.com
                                        Direct 503-222-2000

**NOTICE OF PROPOSED SETTLEMENT** – Page 2 of 3

## CERTIFICATE OF SERVICE

I caused this document to be served on all parties via the CM/ECF system.

October 20, 2022

                                                  s/ Michael Fuller  
                                                  **Michael Fuller, OSB No. 09357**  
                                                  Lead Trial Attorney for Plaintiff  
                                                  OlsenDaines  
                                                  US Bancorp Tower  
                                                  111 SW 5th Ave., Suite 3150  
                                                  Portland, Oregon 97204  
                                                  michael@underdoglawyer.com  
                                                  Direct 503-222-2000