**Graham M. Sweitzer, OSB #025866**
graham.sweitzer@harrang.com
**Erica Tatoian, OSB #164896**
erica.tatoian@harrang.com
HARRANG LONG GARY RUDNICK P.C.
1050 SW Sixth Avenue, Suite 1600
Portland, OR 97204
Telephone:     (503) 242-0000
Facsimile:     (541) 686-6564
Of Attorneys for Defendant CURALEAF, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **RONALD WILLIAMSON, individually, and on behalf of others similarly situated,**<br><br>Plaintiff,<br><br>vs.<br><br>**CURALEAF, INC.,**<br><br>Defendant. | Case No. 3:22-cv-00782-IM<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO SEEK COURT APPROVAL OF CLASS ACTION SETTLEMENT** |

**LR 7.1(a) CERTIFICATION**

Counsel for Defendant Curaleaf, Inc. certifies he conferred with counsel for Plaintiff before filing this motion, and confirmed it is unopposed.

**MOTION**

Defendant Curaleaf Inc. hereby moves the Court for an Order extending by thirty days the deadline by which the parties must seek approval of the settlement they have reached, in accordance with FRCP 23(e). This Motion is necessary because Defendants are still in

Page 1 – **UNOPPOSED MOTION FOR EXTENSION OF TIME TO SEEK COURT APPROVAL OF CLASS ACTION SETTLEMENT**

discussions with CPT Group, the selected Class Action Administrator, regarding the tasks to be completed before filing a final motion seeking court approval. If the Motion is allowed, all case deadlines would be continued for an additional thirty days, requiring court approval to be sought by March 15, 2023.

DATED this 6th day of February, 2023.

>HARRANG LONG GARY RUDNICK P.C.
>
>
>By: s/ Graham M. Sweitzer
> Graham M. Sweitzer, OSB #025866
> graham.sweiter@harrang.com
> Erica Tatoian, OSB #164896
> erica.tatoian@harrang.com
> Of Attorneys for Defendant CURALEAF, INC.

## CERTIFICATE OF SERVICE

I certify that on February 6, 2023, I served or caused to be served a true and complete copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO SEEK COURT APPROVAL OF SETTLEMENT** on the party or parties listed below as follows:

- ☑ Via CM / ECF Filing
- ☐ Via First Class Mail, Postage Prepaid
- ☑ Via Email
- ☐ Via Personal Delivery

Michael Fuller, OSB No. 093570
Olsen Daines
111 SW Fifth Avenue, Suite 3150
Portland, OR  97201
michael@underdoglawyer.com
503-222-2000

Kelly D. Jones, OSB No. 074217
Law Office of Kelly D. Jones
819 SE Morrson Street, Suite 255
Portland, OR  97214
kellydonovanjones@gmail.com
503-847-4329

Attorneys for Plaintiff

HARRANG LONG GARY RUDNICK P.C.

By: s./ Graham M. Sweitzer
   Graham M. Sweitzer, OSB #025866
   Erica Tatoian, OSB #164896
   Of Attorneys for Defendant CURALEAF, INC.

Page 3 – **UNOPPOSED MOTION FOR EXTENSION OF TIME TO SEEK COURT APPROVAL OF CLASS ACTION SETTLEMENT**