1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **RONALD WILLIAMSON** individually and on behalf of others similarly situated<br><br>            Plaintiffs<br><br>      vs<br><br>**CURALEAF, INC.**<br><br>          Defendant | Case No. 3:22-cv-00782-IM<br><br>**DECLARATION OF JULIE N. GREEN REGARDING THE NOTICE PLAN IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF JULIE GREEN

I, Julie N. Green, declare and state as follows:

1.     I am the Senior Vice President of Operations, Class Action Services of CPT Group, Inc. ("Settlement Administrator" or "CPT"). The following statements are based on my personal knowledge, the information provided to me by Counsel for the parties and other CPT employees working on this matter, and records of CPT generated and maintained in the usual course of its business. If called on to do so, I could and would testify competently thereto.

2.     For this matter, CPT is able and willing to provide Notice and Claims Administration services as provided in the Class Action Settlement Agreement ("Settlement Agreement"), if the parties' motion is approved by the court.

3.     CPT Group, Inc. is located at 50 Corporate Park, Irvine, CA 92606.

4.     I have been employed by CPT for 18 years, managing the operations department and supervising multiple notice and claims administration programs. As Senior Vice President of Operations, I am responsible for the oversight, supervision, and evaluation of all departments and positions related to the administration of class action matters to ensure superior quality and successful execution of each component required to complete the settlement process. In my career at CPT, I have been responsible for the design and/or implementation of hundreds of class action administration plans. I submit this declaration at the request of Counsel in support of the Motion for Preliminarily Approval of Class Action Settlement

## CPT'S EXPERIENCE RELEVANT TO THIS CASE

5.     CPT is a leader in the settlement administration industry and has extensive experience in providing Court-approved notice of class actions and administering various types of notice programs and settlements. In the past 30-plus years, CPT has provided notification and/or claims administration services in thousands of class action cases. Throughout our history, CPT has disbursed billions of dollars in settlement funds and serviced over 65,000,000 class members. CPT

offers a wide range of class action administrative services for developing, managing, and executing all stages of integrated settlement plans. A true and correct copy of CPT's company resume is attached as **Exhibit A**, which provides detailed information concerning our class action settlement and claims administration qualifications and experience.

6.      As a class action settlement claims administrator, CPT has regularly been approved by both federal and state courts throughout the United States to provide notice of settlement and claim processing services, including in actions involving consumer classes. In this capacity, CPT handles all services related to the implementation of class action settlements, including:  (a) issuing all types of legal notice by way of direct mail, email notification, and supplemental media including, but not limited to, print publication, digital display, television, radio, informational press release, paid search, and social media advertisement; (b) establishing dedicated URLs and case websites with online claim filing capabilities; (c) providing call support through a dedicated toll-free number with interactive voice response (IVR); (d) providing electronic and hard copy claims processing; (e) receiving/processing other communications about the settlement; (f) providing secure data management and reporting; (g) distributing paper and digital payment through physical check, gift card, mobile wallet, merchandise credits, direct deposit and other means; (h) providing Qualified Settlement Fund reporting and banking services; (i) filing applicable tax returns; (j) filing any required reports with the court; and (k) handling other tasks related to the administration of class action settlements that may be requested by the parties or court.

7.      CPT has been entrusted by Counsel and appointed by courts to handle complex nationwide and statewide class action settlements. Some of our recent multi-state representative matters include: *Pope v Cura, Inc.,* Case No. 20CV05932, Multnomah County Circuit Court;  *Broomfield v. Craft Brew Alliance, Inc.*, Case No. 5:17-cv-01027-BLF (N.D. Cal); *Livingston v. MiTAC Digital Corporation*, Case No. 3:18-cv-05993-JST (N.D. Cal);  *Gold, et al. v. Lumber Liquidators, Inc.,* Case No.

3:14-cv-05373-RS (N.D. Cal.); *Thompson v. 1-800 Contacts, Inc., Vision Direct, Inc., Walgreens Boots Alliance, Inc., Walgreen Co., Arlington Contact Lens Service, Inc., National Vision, Inc., Luxottica of America, Inc. (f/k/a Luxottica Retail North America, Inc.)*, Case No. 2:16-cv-01183 (D. Utah); *Mael v. Evanger's Dog and Cat Food Co., Inc.,* Case No. 3:17-cv-05469-RBL (W.D. Wash); *Coleman, et al. v. Boys Town National Research Hospital,* Case No. D01CI18008162 (Douglas County, Nebraska); *Jacobo, et al., v. Ross Stores, Inc.*, Case No. 2:15-cv-04701-MWF-AGRx (C.D. Cal); *Bokelman v. FCH Enterprises, Inc.,* Case No. 18-cv-00209-RJB-RLP (D. Haw); *Hartranft, et al. v. TVI, Inc. d/b/a/ Savers, Inc., Apogee Retail, LLC*, Case No. 8:15-cv-01081 CJC-DFM (C.D. Cal.); *Lim, et al. v. Vendini, Inc.,* Santa Clara County Superior Court, Case No. 1-14-CV-259897; *Manouchehri v Styles For Less, Inc.,* Case No. 14cv2521 NLS (S.D. Cal.); *Kerr, et al. v. Zacks Investment Research, Inc.,* et al., Case No. 16-CV-01352 GPC BLM (S.D. Cal.); *Hinshaw v. Vizio*, Inc., Case No. SA CV14-00876-DOC (ANx) (C.D. Cal.); *Abdullah v U.S. Security Associates, Inc.,* Case No. CV 09-9554 PSG-E (C.D. Cal.); *Hightower, et al. v. JPMorgan Chase Bank, N.A.,* Case No. 11-CV-01802-PSG-PLAx (C.D. Cal.); *and Michigan Finance Authority, et al. v. Kiebler, et al.,* Michigan Court of Claims Case No. 13-000166-MZ. Some of our recent single-state representative matters include: *Helmick v. Air Methods Corp.,* Alameda Superior Court, Case No. RG 13665373; *Krinsk, et al. v Monster Beverage Corporation, et al.,* San Diego Superior Court, Case No. 37-2014-00020192-CU-BT-CTL; *Mount v. Wells Fargo Bank*, Los Angeles County Superior Court, Case No. BC395959; *Wackenhut Wage and Hour Cases,* Los Angeles County Superior Court, Case No. JCCP Np. 4545; *Augustus et al, v. American Commercial Security Services, Inc. ("ABM"),* Los Angeles County Superior Court, Case No. BC336416; *Sanchez v McDonald's Restaurants of California,* Los Angeles County Superior Court, Case No. BC499888; and *Kerr v. The New York Times Co.*, et al., San Diego Superior Court Case No. 37-2016-000010125-CU-MC-CTL.

///

## CASE BACKGROUND

8.    CPT understands this settlement proposes to release the claims of Oregon consumers based on allegations that Defendant manufactured and mislabeled Select CBD Drops that were labeled as containing cannabidiol (CBD) but in fact contained tetrahydrocannabinol (THC). The Settlement Class is defined as follows:

> All individual consumers with an Oregon address who purchased one of the Defendant's allegedly mislabeled Select CBD drops on or after June 19, 2021. The class does not include any non-individual corporate entity; Defendant or any entity that has a controlling interest in Defendant; Defendant's current or former directors, officers, counsel, or their immediate families; any Judge assigned to this case; or any individuals who request exclusion or opt out from the Class or Settlement.

9.    CPT further understands there to be no contact information obtainable for the Settlement Class, and pursuant to the Notice of Class Action Settlement filed on October 20, 2022, expect there to be approximately 500 potential class members who purchased defendant's Select CBD Drops advertised as containing CBD that contained THC.  CPT will target these unidentified class members and attempt to reach them through alternative noticing efforts, as further described below. The objective of the following Notice Program is to provide adequate notice of the settlement to all potential members of the Settlement Class as defined above in paragraph 8.

## IDENTIFICATION OF TARGET AUDIENCE
## UNKNOWN CLASS MEMBERS

10.    To establish the target audience and determine the media consumption and habits of the affected consumer, CPT used MRI-Simmons "MRI"[1] and other

---

[1] CPT frequently uses and relies on MRI data and based on our experience and MRI's reputation in the industry, considers it a reliable source.  MRI describes its data as follows, and CPT agrees with this description: "MRI's Survey of the American Consumer® is the largest and most authoritative study of adult consumers in the United States. No other organization, not even the U.S. Census Bureau, can tell you more about Americans as

research and analytic tools based on people that live in Oregon and used CBD products in the last 6 months.

11.     To identify the best media channels to serve notice to the target audience, CPT reviewed the media quintiles, which measured the degree to which the target audience used media relative to the general population. The courts and advertising industry accept this methodology to select the appropriate media channels that will best reach the target audience. By leveraging MRI data, it aids in understanding the target audience and their consumer attitudes, behaviors, demographics, psychographics, and media data.

12.     MRI data indicated that 57.9% of the audience is female, and 42.1% are male, with a greater index among adults ages 45-54, and 65+. The target audience is more likely to have a household income between $40,000 - $49,999, also significant for $200,000-$249,999 and likely to be Caucasian. Media consumption data indicated a high consumption of Facebook, YouTube, and Instagram.

13.     The class size and target audience are estimated to be 500 based on our research and count provided by the parties. The target geography for the audience is Oregon, USA.

## DIGITAL NOTICE PROGRAM

14.     The proposed notification plan was developed and customized to reach and inform individuals potentially affected by this settlement. CPT will stay fully immersed in the notice process continuously monitoring and optimizing towards the highest performing areas, media channels, and audiences. CPT will run two creative options on digital media channels where each design was created with the goal in mind to reach the target audience and bring awareness to the settlement. Mid-point

---

consumers. All information collected in the Survey comes from a single set of respondents, ensuring data integrity and reliability. MRI interviews approximately 24,000 consumers every year in towns, cities, and counties across the contiguous 48 states. Crucial to the Survey's success is the relationship MRI develops with respondents. Interviews are conducted in consumers' homes, face-to-face, and followed up with a comprehensive self-administered survey. In a national probability study such as the Survey of the American Consumer, the higher the response rate, the more reliable the data. MRI's highly trained interviewers consistently generate the highest response rates in the industry". (GfK US MRI, LLC. D/B/A MRI-Simmons, 2019, p.1/para.1)

through the notice period, we will modify the creatives to include a reminder statement that the claims deadline is approaching. The proposed notice plan includes the following components:

15. **Programmatic Display:** CPT and its strategic partner will implement a digital banner advertising campaign on DV360's platform (accessible via desktop and mobile devices) utilizing user interests, demographics, behaviors, and affinity audiences to serve ads on contextually relevant sites and apps to the target audiences. Display ads will run as a rotating display and drive users to the landing page. Ads will target adults 21+ who are, for example, CBD purchasers, who frequently visit a dispensary, are cannabis users, etc.…and will retarget people who have visited the website but have not completed an action, such as filing a claim.

16. **Social Media:** CPT will deliver advertisements through Facebook and Instagram Ad Exchange platforms. Ads will appear on a rotating basis with other advertising campaigns as a Sponsored Ad. The campaign will geo-target Oregon audiences and retarget people who have visited the settlement website but have not completed an action, such as filing a claim. Audiences will be grouped and targeted according to their specific demographics, interests, and behaviors.

17. **Online Video:** With a comparable reach to traditional television, online video leverages Google's audience targeting capabilities to serve ads on contextually relevant videos and channels. CPT will deliver advertisements through Google's ad serving platform on YouTube. When a user views specific content, the ad will appear on a rotating basis with other advertising campaigns as a Sponsored Ad. CPT will run an Oregon-focused campaign and will optimize toward the highest performing areas and audiences.

18. **Paid Search:** To further increase the campaign's effectiveness and help class members locate the settlement website, CPT will purchase sponsored links on Google AdWords and Bing Ads. When a user searches a relevant keyword, the text ad will have the opportunity to appear on a rotating basis with other advertising campaigns as a Sponsored Ad. Paid Search will run as an Oregon-only campaign.

Keywords will be determined by CPT and together with Counsel and may include such terms as CBD, Curaleaf Lawsuit, Select CBD Drops, and more.

19. **Informational Press Release:** To bolster the digital notice campaign efforts and provide notice to unknown class members, CPT will disseminate a press release on PR Newswire Oregon Newsline additional targeting to "Consumer Goods" influencer list and a social post on PR Newswire Twitter feed. The press release should draw media attention and gain additional publicity as the release will contain sufficient information for any interested news organization or authors to write a news story. A press release helps bring awareness to the settlement and generates additional media coverage for a low cost. The release will highlight the toll-free number and settlement website.

20. **Print Publication:** CPT identified one newspaper with the highest circulation in the region with the greatest number of potential settlement class members. CPT will run a traditional print and e-edition advertisement in *The Oregonian* newspaper. *The Oregonian* is a Portland, Oregon based daily newspaper. As the oldest continuously published newspaper on the west coast, *The Oregonian* is reputable and reliable. The traditional advertisement will run one time, at 1/8 of a page, in black and white, in the main news section, either on a Friday or Saturday.

21. **Website**: CPT will maintain and administer a dedicated settlement website with a case-specific Domain/URL that will be informative and easy for potential members of the Settlement Classes to navigate. The website will be optimized for mobile users and maximize search engine optimization through keywords and metadata to increase search engine rankings. The settlement website will include links to the Class Action Settlement Agreement, Preliminary Approval Order, Long Form Notice, "FAQs", applicable deadlines, all papers filed in support of the proposed Agreement orders of the Court pertaining to this Agreement, and contact information for the Settlement Administrator, including a toll-free support line, e-mail address, and U.S. mailing address. In addition, the website will provide the information necessary to file a claim electronically. The website address or a

hyperlink will also be displayed on all notification formats described in this declaration.

22.    **Toll-Free Number/IVR/Live Class Member Support**: CPT will establish a dedicated 24-hour, toll-free support line with Interactive Voice Response ("IVR") capabilities to provide potential members of the Settlement Class with: (a) general and detailed information about the Action; (b) answers to frequently asked questions; and (c) information relating to filing a claim form or opt out; and (d) bilingual, live class member support during normal business hours.

23.    Based on the information provided by Counsel and the terms of the parties' Settlement Agreement, CPT believes this notice program will provide reasonable, fair, and adequate notice and constitutes the best notification plan under the circumstances of this case. According to the Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide, "a reasonable reach is between 70-95% with a median reach on approved notice plans at 87%." With Counsel's guidance, CPT's goal is to reach approximately 85% of the Target Audience with a frequency of 2.5-3X over 45-days, via a combined effort of all media tactics stated above.

24.    It is CPT's experience that the notification plan as outlined within this declaration is consistent with other class action notice plans that have been approved by both state and federal courts nationwide, including: *Pope v Cura, Inc.,* Case No. 20CV05932, Multnomah County Circuit Court; *Broomfield v. Craft Brew Alliance, Inc.*, Case No. 5:17-cv-01027-BLF (N.D. Cal); *Jacobo, et al., v. Ross Stores, Inc.*, Case No. 2:15-cv-04701-MWF-AGRx (C.D. Cal.); *Smith v. ANI*, Case No. 2:18-CV-04004-MDH (W.D. MO); *Bokelman v. FCH Enterprises, Inc.,* Case No. 18-cv-00209-RJB-RLP (D. Haw); and *Krinsk, et al. v Monster Beverage Corporation, et al.,* San Diego Superior Court, Case No. 37-2014-00020192-CU-BT-CTL.

## NOTIFICATION TIMELINE

25.    CPT will implement the Notice Plan as set forth in the following timeline:

| Item Description | Date |
|---|---|
| Commencement of 45-day digital advertising campaign, settlement website live date, and IVR/Toll-Free number live | Within 30 days of entry of Order Granting Preliminary Approval |
| Summary Notice Ad runs in *The Oregonian* | 1x following commencement of Notice Program. |
| Notice Program complete | 45 days after commencement. |

## **CLAIMS, OBJECTIONS AND REQUESTS FOR EXCLUSION**

26.     CPT understands that Claim Forms may be submitted through the settlement website or by mail up to and through the claim form deadline. Each approved claimant will be paid $200, or less depending on how many claims are submitted and deemed valid.

27.     CPT further understands that requests for exclusion (i.e., opt-outs) may be submitted by Settlement Class members through mail or email and CPT will maintain a record of all opt-outs received keeping the parties apprised throughout the notice and administration process.

28.     Objections must be in writing and filed with the court and mailed to Counsel for the parties and CPT. CPT will maintain a record of and promptly inform the parties of any objections received.

## **ADMINISTRATION FEES**

29.     CPT estimates its costs for the notice and administration of this Settlement will be $73,000 based on 500 class members and a claim filing rate of 15%.

///
///

## **CONCLUSION**

30.     The Notice Plan described herein, referenced in paragraphs 10-24 above, is consistent with similar effective, court-approved notice programs and will provide the best notice practicable given the circumstances. CPT expects to reach approximately 85% of the target audience through a robust notice campaign using various media tactics efforts, including digital display advertisement, social media advertisement, OLV, print publication, paid search, and press release. Based on our experience with similar cases, this notice program is designed to provide the Settlement Class members with notice of their legal rights and comports with due process requirements.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May16, 2023, at Irvine, California.


JULIE N. GREEN

# EXHIBIT A

# CURRICULUM VITAE



**CPT Group**
Class Action Administrators

50 Corporate Park
Irvine, CA 92606   www.CPTGROUP.com   1 (800) 542-0900

## COMPANY PROFILE

CPT Group, Inc. ("CPT"), founded in 1984, is a leading provider of notice and settlement class action administration services and has been appointed as the third-party administrator by all major courts. Throughout our history, CPT has disbursed billions of dollars in settlement funds, serviced tens of millions of class members, and administrated over 5,000 cases. CPT offers a wide range of class action administrative services for developing, managing, and executing all stages of integrated notice plans and settlements. This includes pre-certification and discovery mailings, class-certification mailings, claims processing and administration, data management, data reporting, settlement fund administration, legal noticing campaigns, website design, and web hosting. The project management team, call center, data entry center, IT, and production facilities are all located at the corporate headquarters in Irvine, CA.

## QUALITY ASSURANCE & SECURITY

The integrity of CPT's work and our stringent quality assurance protocols are strengthened by the staff's ability to operate in close proximity keeping the work managed in-house. With a commitment to rigorous security protocols and controls, CPT upholds an obligation to its clients to maintain data and cyber security practices that comply with AICPA SOC 2 - Type II.

## DIVERSITY & INCLUSION

CPT believes that promoting diversity starts with a commitment to building understanding and awareness. Diversity is not just cultural or ethnic, it includes people of all ages and backgrounds. We are guided by a commitment to removing barriers to the recruitment, retention, and advancement of talented individuals from historically excluded populations. CPT recruits and rewards team members based on capability and performance, regardless of race, gender, sexual orientation, gender identity or expression, lifestyle, age, educational background, national origin, religion, or physical ability.

## AREAS OF EXPERTISE

- **PROJECT MANAGEMENT -** At the heart of our administrative capabilities is the ability to manage and process our cases as a neutral TPA with efficiency, accuracy, and in compliance with the terms of the parties' agreement. Our skilled approach in the use of technology, effective management, and quality assurance is the core of our operation.

- **Claims Administration –** CPT conducts extensive Quality Assurance processes throughout the duration of the claims period. Any responses received from Class Members are processed according to our strict internal procedures and in accordance with the Settlement Agreement. Counsel is provided with all required reporting, including, where applicable, a list of approved claimants and the settlement calculations for each.

- **Call Center –** CPT's case support representatives stand ready to service all case inquiries offering live, multi-lingual, 1-1 response, 5 days a week during business hours (extended hours available). Interactive Voice Response (IVR) assures that class members receive the assistance and support they require 24 hours a day. A proprietary call tracking system combined with highly trained representatives ensures an accurate class member history for each and every call.

- **Data Management/Reporting –** Through programmatic analysis, CPT will standardize the class data to compile a master mailing list. CPT prepares weekly status reports for each case that summarize the status of returns and responses such as mail pieces and claim form submissions. CPT is SOC 2 Type II certified, which ensures necessary measures are taken to safeguard all class member data.

- **Noticing Expertise –** CPT's legal notice experts have a combined experience of over 25 years in the industry and come together to plan a successful notice campaign based on the requirements of the Settlement. After strategizing and consulting with Counsel, our team will determine the best method of notification to reach your intended target audience. Whether notification will be through means of a known or unknown data set, CPT will execute the campaign with precision and accountability.

- **Settlement Fund Administration –** CPT's team of tax and accounting professionals manages all fund distributions through a rigorous and supervised process. Stringently following the terms of the Court Order, CPT maintains its Qualified Settlement Fund (QSF) accounts through federally insured banks with access restricted to authorized personnel only. On behalf of the QSF, CPT will handle all remittances and reporting to local, state, and federal tax authorities.



# EXPERIENCE

CPT has extensive experience providing court-approved notice and administration services in complex, large fund, and top-tier class action settlements across a broad spectrum of unique subject matters. Below are highlights from a few relevant cases we handled:

- *Helmick v. Air Methods Corp., Alameda County Superior Court, Case No. RG13665373*: *(Top Settlements, 2020)* Administration of this $78,000,000 employment settlement included direct mailed notice to class members, production and maintenance of a settlement website, and distribution of over $48,000,000 to eligible claimants.

- *Wackenhut Wage and Hour Cases, Los Angeles County Superior Court, Case No. JCCP Np. 4545*: *(Top Settlements, 2019)* To notify potential class members in this $130,000,000 wage and hour settlement, CPT* provided email and text notice in both English and Spanish, maintained a dedicated settlement website with an online claims portal, and a toll-free support hotline. CPT's outreach efforts resulted in a 57.14% filing rate.

- *Sanchez v McDonald's Restaurants of California, Los Angeles County Superior Court, Case No. BC499888*: *(Top Settlements, 2019)* Notice methods in this $26,000,000 wage and hour settlement included both mailed notice in both English and Spanish and email notification, as well as a settlement website and toll-free case support hotline.

- *Augustus et al. v. American Commercial Security Services, Inc., Los Angeles County Superior Court, Case No. BC336416*: *(Top Settlements, 2018)* Administration duties in this $110,000,000 employment settlement included direct mailed notice to class members in both English and Spanish and distributing over $72,000,000 in settlement funds to valid claimants.

- *Abdullah v U.S. Security Associates, Inc., Case No. 2:15-cv-09-00984 PSG-E (C.D. Cal.): (Top Settlements, 2018)* Administration of this $21,000,000 wage and hour settlement included direct mailed notice to class members, class member support hotline and distribution of over $13,000,000 to eligible claimants.

- *Thompson v. 1-800 Contacts, Inc., Vision Direct, Inc., Walgreens Boots Alliance, Inc., Walgreen Co., Arlington Contact Lens Service, Inc., National Vision, Inc., Luxottica of America, Inc. (f/k/a Luxottica Retail North America, Inc.), Case No. 2:16-cv-01183 (D. Utah)*: This $40 million-dollar anti-trust settlement comprised of four settlement classes required design and implementation of a robust, multi-faceted two-part notice program with a multi-layered media campaign combining the use of various digital advertisement platforms, a press release, a dedicated settlement website with an online claims portal, and a toll-free support hotline. The notice program also included an e-mail notice campaign to approximately 10,000,000 potential class members. Combined notice efforts resulted in over 140,000 claimants.

- *Broomfield v. Craft Brew Alliance, Inc., Case No. 5:17-cv-01027-BLF (N.D. Cal.)*: CPT's outreach efforts in this $20 million consumer settlement included a multi-media channel approach to notice which employed direct mailed notice and a digital, social, and mobile media campaign which reached an impressive 91.43% of the targeted 8,000,000 class members. CPT processed both electronic and hard copy claim forms and valid claimants were paid via paper checks, e-Check, and ACH.

- *Livingston v. MiTAC Digital Corporation, Case No. 4:18-cv-05993-JST (N.D. Cal.):* In this matter, CPT was charged with distributing direct notice via email and mail as well as the design and execution of a multi-media channel supplemental notice campaign that combined the use of various digital advertisement platforms, a nationwide press release, print publication, a dedicated settlement website, and a toll-free support hotline. Combined, these efforts reached 82% of the targeted audience. Claims processing included claim forms submitted both digitally and hard copy and valid claimants received paper checks.

- *Lim, et al. v. In re Vendi, Inc., Superior Court of the State of California, County of Santa Clara, Case No. 1-14-CV-259897:* In this $3 million data breach settlement, CPT notified approximately 9,000,000 potential class members through a combination of email, postcard, and publication notice. Claims processing included claim forms submitted both digitally and hard copy, and valid claimants received paper checks.



# EXPERIENCE

- *Mael v. Evanger's Dog and Cat Food Co., Inc., et al. Case No. NO. 3:17-cv-05469-RBL (W.D. Wash):* Notice efforts included a multi-media program designed to reach settlement class members through a combination of direct and supplemental notification methods. Email, internet banner and social media advertisements, a dedicated settlement website, and a toll-free support hotline were used to effectively reach 87% of the target audience nationwide. CPT processed both electronic and hard copy claim forms and valid claimants were paid cash awards or product certificates.

- *Jacobo, et al. v. Ross Stores, Inc., Case No. 2:15-cv-04701-MWF-AGRx (C.D. Cal.):* In this $4.85 million consumer settlement, CPT notified approximately 9,000,000 potential class members via direct email notice and a media campaign that combined the use of various digital advertisement platforms, a nationwide press release, print publication in People magazine, a dedicated settlement website, and a toll-free support hotline. Ultimately, CPT processed 285,000 claims and disbursed $3,000,000 in merchandise certificates.

- *Gold, et al. v. Lumber Liquidators, Inc., Case No. NO. 3:14-cv-05373-RS (N.D. Cal.):* The Notice Plan for this matter relied heavily on direct notice, but to ensure effective reach also encompassed supplemental notice efforts including digital advertisements, a nationwide press release, a dedicated settlement website, and a toll-free support hotline. CPT processed claims submitted electronically, and hard copy and valid claimants were paid via a combination of paper checks and vouchers.

- *Bokelman, et al. v. Zippy's/FCH Enterprises, Inc., United States District Court for the District of Hawaii, Case No. 18-00209-RJB-RLP:* Notice efforts for this data breach settlement included a multi-media program designed to reach settlement class members through a combination of direct mail, email, in-store notice, and supplemental media. The digital notice campaign served impressions for 8-weeks across Google Display Network (GDN), programmatic display, press releases, Facebook, Instagram, Twitter, print publication, and Google Ads. Overall, the supplemental notice campaign alone reached 72% of the target audience nationwide.

- *Coleman, et al. v. Boys Town National Research Hospital, District Court of Douglas County, Nebraska, Case No. D01CI18008162:* Notice to 98,957 class members in this data breach settlement was mailed in April 2020 when CA businesses were under stay-at-home orders. CPT was able to execute and carry out all administrative duties outlined in the settlement agreement without any disruption due to our robust Pandemic Policy that was immediately put into practice once the Governor gave executive orders.

- *Christofferson, et al., v. Creation Entertainment, Inc., Superior Court of the State of California, County of Los Angeles, Case No. 19STCV11000:* Notice efforts for this data breach settlement included a multi-media program designed to reach settlement class members through direct mail, email, and supplemental media. The digital notice campaign served impressions across Google Display Network (GDN), programmatic display, PR Newswire national Newsline, Facebook, Instagram, Twitter, print publication, Google Ads and Bing Ads. CPT's supplemental notice program reached 75% of the target audience nationwide. In addition, CPT served notice to 94.6% of the class members for whom the defendant provided an email address and 99.5% by mail. CPT reported a 3.79% filing rate.

## SERVICES

- Pre-Settlement Consultation
- Pre & Post Certification Notification
- Data Analysis
- Bilingual Call Center
- Notice & Media Campaigns
- Claims Processing
- Secure Data Management

- In-House Printing Services
- Electronic Notification
- Website Design & Hosting
- Settlement Fund Distribution
- Electronic Distribution Options
- Tax Compliance & Reporting
- Secure Data Reporting

# QUALIFICATIONS & EXPERIENCE OF KEY PERSONNEL

## JULIE N. GREEN,
### Senior Vice President of Operations
### Notice Expert

With 17 years at CPT, Julie Green is a driving force behind the company's ongoing success. Through oversight responsibilities for the entire operation, she has an expert hand in all aspects of notice administration and demands quality and success for each step of the process. Making informed recommendations to meet the goals of complex and unique settlements, Julie has been responsible for the design and or implementation of thousands of class action notice programs. She understands the necessary mechanics to ensure that effective notice is executed while making certain neutrality and client confidentiality is continually maintained. In her position, Julie leverages the Operations Team's abilities to meet the goals and objectives of the Business Development Team, while ensuring that CPT's clients are met with exceptional service and a successful notice program. Julie holds a BA in Drama and Psychology & Social Behavior from the University of California, Irvine.

## RANDI J. MARTZ,
### Director of Marketing & Business Development
### Notice Expert

Ms. Martz serves as Director of Marketing and Business Development and has been with CPT Group for more than 13 years. Randi is responsible for critically analyzing the requirements of a settlement for legal notification through secondary market research, data analysis, planning, and execution. Upon consulting with clients to determine the needs of the Settlement parties, Randi finds ways to increase efficiencies to implement cost savings for the RFPs. She is also tasked with researching and analyzing target markets to develop strategic and tactical plans to grow the business. As the liaison between the Business Development and Operations Teams, Randi collaborates on identifying critical business development and marketing opportunities to strengthen the Settlement and Client's core objectives. Randi received her B.A. in Business Administration, a Professional Concentration, from California State University of Fullerton.

## JACQUELINE N,K. HITOMI,
### Director of Settlement & Treasury Services

Jackie Hitomi is the Director of Settlement & Treasury Services at CPT Group. With 15 years of experience in the class action industry, Jackie oversees the distribution process and is responsible for ensuring the accuracy of settlement calculations and compliance with court-approved agreements. Jackie manages a team of disbursement and tax administrators and provides guidance to the case management team for complex settlements. As a Director, Jackie serves as a trusted contact for clients and assists with the effectuation of multifaceted projects. She is also a key contributor to the development and execution of the settlement administration process. Jackie began her legal career as a Paralegal at the Orange County District Attorney's Office and has also held Senior Paralegal positions in several law firms in Orange County and Los Angeles. She received her B.A. in International Relations and Law & Public Policy, from the University of Southern California, and completed the ABA Paralegal Studies from the University of California, Los Angeles.

## ABEL E. MORALES,
### Director of Operations

Abel Morales is the Director of Operations at CPT Group. Since joining CPT in 2010, Abel has handled hundreds of class action cases from inception through distribution and has become an expert in complex settlements. He is the primary client contact and is well trusted for his expertise in the class action industry. Abel oversees the Claims Processing Department, Production Department, and Class Member Support Services. His wide range of expertise provides valuable insight into all facets of the Administration process. Prior to CPT Group, Abel was a Senior Analyst for 9 years at a prominent Fortune 500 mutual insurance holding company. Abel also holds a B.A. in International Finance from the California State University of Fullerton. He is bilingual in Spanish.

# QUALIFICATIONS & EXPERIENCE OF KEY PERSONNEL

### DAVID TAWEI CHAO,
**Sr. Data Analyst, Associate Director**

David started his IT career in 1998 and has always been passionate and found great joy in helping companies in different industries and sizes to explore, understand and integrate their data assets into their businesses. David's specialty is to build architecture and processes to realize the true power of their data through technologies like Business Intelligence, Cloud Computing, Data Science, and Analytics. David's past projects include notable companies like Ally Financial, Bank of America, UBS, and The Walt Disney Company. David and his team serve as DevOps at CPT and provide system support and production enhancements for our existing applications. The data team assists with complex data-related analysis, analytics, and reporting needs. David holds a master's degree in Management Information Systems from Northern Illinois University, located in DeKalb, IL.

### J. LES GAINOUS,
**Software Development Manager**

J. Les Gainous has over 30 years of experience in developing and architecting enterprise-level software applications, with 10 of those years as a solutions architect with the Microsoft Corporation. At Microsoft, Les was involved with major software application projects at many Fortune 50 companies, including corporations such as Motorola, Toyota America, Merck Pharmaceuticals, Chevron, VISA America, and Charles Schwab. At CPT his team is primarily responsible for architecting and engineering CPT's Line of Business software application. The application allows cross-case functionality via a centralized system-of-record data store. Having this cross-case functionality, the application allows for automating sets of processes around the administration of class action cases. Along with automation, his team minimizes data redundancies. Les is a graduate of Florida State University with a BS in Business Administration and a minor degree in Computer Science.

### TIM CUNNINGHAM,
**Supervising Case Manager**

Tim Cunningham has successfully managed over 400 cases in his 11 years at CPT Group. As Supervising Case Manager, under his direction, a team of Case Managers and Assistants are trained and guided to oversee all case activity—from administrative conception to disbursement. Tim and his team are also the primary contact between the firm and Counsel while also working closely throughout administration with the IT, Mailing, Claims, and Call Center departments. Prior to CPT Group, Tim was a Lead Relationship Manager for 10 years at a prominent Fortune 500 mutual insurance holding company. Tim earned his B.A. in Public Administration with a minor in English from California State University San Diego.

### ALEJANDRA ZARATE,
**Supervising Case Manager**

Alejandra Zárate de Landa is CPT Group's Case Quality Assurance Manager. In her role, she is responsible for analyzing the Stipulations of Settlement as well as the Court Orders to ensure compliance in all aspects of case administration as well as the allocation of settlement funds to class members. Alejandra started with CPT Group over 15 years ago in the claims department and became a Case Manager in 2009. She was promoted into her current role in 2016. Alejandra received her degree in Computer Engineering from Autonomous University of Baja California in Ensenada, B.C. Mexico. While earning her degree, she worked as a web development assistant and helped develop a web page for students interested in taking off-campus classes.

### CAROLE THOMPSON,
**Supervising Case Manager**

Carole Thompson is a Supervising Case Manager at CPT Group. In this role, she leads a team of Case Managers and Assistants and ensures the proper guidance and supervision is upheld for high accuracy levels and prompt adherence to court-ordered deadlines. She is also responsible for overseeing all case activities and having a comprehensive understanding of each case her team handles. Carole initially joined CPT in 2010 as a Case Manager. In her career prior, she spent 12 years in the Financial Industry at a prominent Fortune 500 annuities company. Then, when an opportunity took her family to Minot, North Dakota, she had to leave CPT, but gained 5 years of Human Resources expertise, first as Benefits Specialist at Trinity Health and then as a Benefits Coordinator at Food Management Investors, Inc. Upon returning to California in 2016, Carole rejoined CPT, providing a strong professional background to the team.

## EXHIBITS

EXHIBIT 1. CPT'S INFORMATION SECURITY STATEMENT
EXHIBIT 2. CPT'S DATA AND SETTLEMENT FUND TRANSMISSION METHODS
EXHIBIT 3. CPT'S COMPANY BROCHURE

# EXHIBIT 1

 

## Information Security Statement
### Confidential

CPT Group, Inc. ("Company" or "CPT") maintains a comprehensive, written Information Security Program that complies with all applicable laws and regulations and is designed to (a) ensure the security, privacy and confidentiality of Class Member Information, (b) protect against any reasonably anticipated threats or hazards to the security or integrity of the Class Member Information, and (c) deny unauthorized access to, use, deletion, or modification of Class Member Information. As part of an ongoing effort, throughout its business CPT has implemented the following security controls and procedures:

1) Company uses Class Member Information only for the purposes for which Client provided it, as described in any Agreements and/or Court Order's governing the provisions of the Company's services on any particular engagement.
2) Company has designated one or more specifically named employees to be responsible for the administration of its Information Security Program.
3) Company has and maintains processes for identifying, assessing, and mitigating the risks to Class Member Information in each relevant area of the Company's operations and evaluating the effectiveness of the safeguards for controlling these risks.
4) Company utilizes an EDR that runs and analyzes daily Risk Assessment and Threat Intelligence scans on all company computer stations, servers and protected network subnets. These scans search for any software vulnerabilities along with data containing sensitive information ("SI").
5) All computers are provisioned with an advanced security stack. Company's Endpoint Protection centrally reports activity, handles patch management and security policies. Company's security stack is based on DNS and content filtering, deep packet inspection at the firewall level, antivirus/antimalware, email filtering and user behavior analysis. Each endpoint is monitored with modern Data Loss Prevention ("DLP") software. Company's DLP system prevents connection to unauthorized external storage, or cloud systems. It actively blocks screen prints and will not allow confidential user information to be sent out of our trusted network.
6) Login access to Company email or systems requires two factor authentication, which requires not only a password and username but also something physical, like user location, secure ID token or biometrics.
7) Company regularly monitors, tests and updates its Information's Security Program.
8) Company restricts access to Class Member Information only to those employees, agents, or subcontractors who need to know the information to perform their jobs.
9) Company performs an annual audit of its Information Security Program and maintains compliance with **AICPA SOC 2 Type II**. This includes a review of the controls: vulnerability scans, secure software development life cycle, patch management, intrusion detection and prevention, encryption of storage media and devices. Company makes reasonable changes to its Information Security Program to ensure it can maintain safeguards that are appropriate for the Class Member Information at issue.
10) At Client's request, but only when and in a manner consistent with applicable Agreements and/or Court Orders, Company will securely destroy or return all Class Member Information in its possession and certify to Client in writing that Company has done so. If Company destroys Class Member Information rather than return it, Company will use destruction methods in compliance with all applicable state and federal laws and regulations, including NIST Special Publication 800-88, Revision 1 (2015). This obligation to return or destroy information shall not apply to Class Member Information that is stored in backup or other disaster recovery systems, archives or other storage systems that make it impractical to

destroy the information, but if Company retains Class Member Information for these reasons, its obligation under the Settlement Agreement will continue to apply for so long as it retains the information. Additionally, the Company will retain all hard copy documents (i.e. Claim Forms, etc.) for a period of 6 months, at which time they are scanned and shredded on Company premises in compliance with NIST and SOC Cybersecurity Framework.

11) Company performs extensive background checks (County Criminal, County Civil and National Criminal Database Search) of all its employees, including a review of their references, employment edibility, and education verification to ensure they do not pose a risk to the security of Class Member Information or Clients employees. Company will provide, upon request, a copy of its background check requirements for Clients review and approval. Nothing in this document shall compel Company to disclose the results of such background information of its employees.

12) Company conducts a monthly third-party credentialed vulnerability assessment with Trustwave. Vulnerabilities rated as high are patched/resolved within 48 hours, medium within 1 week, and low within 2 weeks. If a vulnerability cannot be resolved within our standard timeframe, a compensating control will be introduced to protect the vulnerable systems. To ensure Company receives timely information regarding new threats and vulnerabilities, Company subscribes to US-CERT notices as well as notices are received from Sonicwall and Crowdstrike. New threats are communicated to our executive and leadership team to disseminate to all employees within the company.

13) Company has implemented the following safeguards for systems that process, store or transmit Class Member Information:

- Identify and Access Management.
- Windows password complexity with a specific length, history, upper and lower characters, numbers, expiration every 45 days.
- Two-Factor authentication for remote access.
- Removable media devices, personal web-based email, instant message, or online storage (i.e. Dropbox, Google Drive, iCloud, etc.) are blocked and restricted.
- Company uses the Microsoft Office 365 to host corporate email.
- Company uses the HTTPS or SFTP standard for all data transmissions and ensures that all Client Data is encrypted while in transmission between Company's data center and the Company's computer system or other devices (as applicable) and at rest, consistent with SOC 2 Type II standard, but no less than a 128-bit key for symmetric encryption and a 1024-bit key for asymmetric encryption.
- Company requires its clients and self to transfer files with sensitive Class Member Information via a secure transmission protocol through Citrix Sharefile FTP which secures file during transfer with SSL/TFL encryption protocols and in storage using AES 256-bit encryption. Links to files expire after 7 days. Company requires all files transferred in this method to be password protected during transmission and password to be provided telephonically. Files are retrieved by Company, and then deleted manually upon successful download (or auto deleted after 7 days from upload by system).
- Upon hire and annually thereafter, security training of all employees using the online security training platform Knowbe4. Users are required to complete one hour of security training per year. Users are required to take tests online to ensure they've retained the knowledge. Topics covered are spear phishing emails, compromised website, social engineering, strong passwords, ransomware, handling sensitive information, mobile device security.
- Company actively tests security defenses. Staff participate in simulated phishing exercises to reinforce previous training. Company also conducts monthly external penetration tests and daily internal vulnerability scans to ensure the integrity of our security measures.
- Terminated employees are immediately prevented from accessing Class Member Information.
- Appropriately configured and updated firewall, antivirus, and spyware software;
- Separation of Duties.
- Business Continuity Planning.

- Disaster Recovery Planning.
- Pandemic Recovery Planning

14) Company's physical security requires that employees use an encoded card-key to gain access to the facility as all doors are mechanically locked at all times. Employees can only enter or exit through a front door or back door, both of which are protected by security cameras. Inside the facility, secure areas in the office that contain checks or sensitive material are also protected by electronic card-key badge access and limited to select employees. Security cameras monitor the areas that contain the sensitive material and audits are conducted periodically on the area. Access to the server room is strictly limited to only five individuals and protected by the encoded card-key badge access. Security cameras monitor the inside and outside of the secured area with audits being conducted periodically.

15) Company staff are required to maintain in compliance with the Information Security Policies, Compliance Manual, and Non-Disclosure Agreement. The matters covered in the Code of Business Conduct and Ethics are of the utmost importance to the Company and are essential to the Company's ability to conduct its business in accordance with its stated values. We expect all officers, directors, employees, agents, contractors and consultants to adhere to these rules in carrying out their duties for the Company. The Company will take appropriate action against any officer, director, employee, agents, contractor or consultant whose actions are found to violate these policies or any other policies of the Company. Disciplinary actions may include immediate termination of employment or business relationship at the Company's sole discretion. If the Company has suffered a loss, then it may pursue its remedies against the individuals or entities responsible. If laws have been violated, then the Company will fully cooperate with the appropriate authorities.

**Definitions**

1) **"Class Member Information"** means Class Member name, address, or other contact information and class member claim filing information necessary for Company to perform services required by applicable Agreements or Court Orders in context to the Administration of a Settlement or other Class Action litigation.

2) **"Client"** means collectively Plaintiff Counsel and Defense Counsel, Plaintiff and Defendant.

3) **"Client Data"** means proprietary or personal data regarding Client or any of its Class Members under the Settlement Agreement, as provided by Client.

4) **"Company"** means CPT Group, Inc. a reputable third-party Claims Administrator selected by all the Parties (Plaintiff and Defense Counsel) to administer the Settlement or Notification Mailing.

5) **"Sensitive Personal Information"** means any non-public information of CPT or Client disclosed by either party to the other party, either directly or indirectly, in writing, orally or by inspection of tangible objects, or to which the other party may have access, which a reasonable person would consider confidential and/or which is marked "confidential" or "proprietary" or some similar designation by the disclosing party. Confidential Information shall not include any information which the recipient can establish: (i) was or has become generally known or available or is part of the public domain without direct or indirect fault, action, or omission of the recipient; (ii) was known by the recipient prior to the time of disclosure, according to the recipient's prior written documentation; (iii) was received by the recipient from a source other than the discloser, rightfully having possession of and the right to disclose such information; or (iv) was independently developed by the recipient, where such independent development has been documented by the recipient.

# EXHIBIT 2

# TRANSMISSION METHODS FOR SENSITIVE INFORMATION

CPT Group, Inc. ("CPT") maintains strict guidelines for the submission, transfer, and protection of Client Data and Wire Information.

## A.     CLIENT DATA TRANSMISSION METHODS

Counsel shall submit all Client Data to CPT as follows:

1. Link provided by CPT to secure FTP (sharefile) for transfer of data files.
2. All files uploaded should be password protected.
3. Password provided to CPT personnel telephonically.
4. Once files are uploaded to and retrieved, files are deleted (files set on autodelete after 7 days of upload).

Counsel agrees and acknowledges that the above method is the only method authorized by CPT to receive Client Data. Attempts to transmit Client Data by other means are customarily not accepted. In the event Counsel utilizes other means to transmit or attempt to transmit Client Data, CPT disclaims all responsibility for such transmissions or attempted transmissions.

## B.     BANK WIRE INFORMATION

*Incoming from Defense Counsel to QSF.*

CPT provides Qualified Settlement Fund bank account wire instructions to Defense Counsel as follows:

1. Wire instructions are printed in PDF format, are uploaded with password protection, and are made available to Defense Counsel via secure Sharefile.
2. CPT will call Defense Counsel directly and provide the password telephonically.
3. Defense Counsel is requested to then call CPT prior to wiring funds to confirm receipt of all applicable information.

Defense Counsel agrees and acknowledges that the above method is the only method authorized by CPT to communicate QSF wire instructions. CPT will decline attempts by Defense Counsel to receive such instructions by other means. In the event Defense Counsel utilizes other means to transmit or attempt to transmit wire instructions, CPT disclaims all responsibility and liability for such transmissions or attempted transmissions including without limitation for any unauthorized access, acquisition, destruction, or loss of such wire instructions.

### *Outgoing from QSF to Plaintiff Counsel.*

1. CPT does not send passwords via email either internally or externally.
2. For wire instructions for Plaintiff Counsel, such instructions should be communicated to CPT either by phone or by secure Sharefile.
3. CPT will confirm wire information on file with the bank name and last four digits of the account number only.

Plaintiff Counsel agrees and acknowledges that the above method is the only method authorized by CPT to communicate wire instructions. CPT will decline attempts by Plaintiff Counsel to receive such instructions by other means. In the event Plaintiff Counsel utilizes other means to transmit or attempt to transmit wire instructions, CPT disclaims all responsibility and liability for such transmissions or attempted transmissions including without limitation for any unauthorized access, acquisition, destruction, or loss of such wire instructions.

# EXHIBIT 3



The Industry's Premier
Class Action Administrator



**CPT Group is the Nation's premier Class Action Claims Administrator handling a broad spectrum of cases with value-added, single-source expertise, and premier service.**

Putting CPT Group in place as your Administrator influences every element of the process thereafter. Rely on us to analyze, plan, and administrate with integrity, drawing from a broad base of administration experience with class action settlement and beyond.

### Value Added Philosophy

CPT Group's cadre of experts understands how each piece of the administrative puzzle fits seamlessly into the big picture. Dynamic, capable, and service-centric our elite staff delivers peak productivity and value. The longevity of our Administrators, stringently tested Case Managers, and trusted Consultants merge to assure neutrality, attention to detail and quality for "true-number" proposals and no costly surprises.

### Best In Class Service

From informed Case Managers who are your single point of contact, to secure in-house resources, we work as one to bring you superior service you can rely on. Count on us to be fully up to date, aware of all contingencies, and espond with speed and accuracy.

## Capabilities

Selecting CPT Group is the first step in determining the outcome of your settlement. Multifaceted capabilities, the distinct advantage of experience, particularly in cross category settlements, require that all pieces are organized, positioned correctly and put into place.

## One team. One purpose. We put you first.

### Proprietary Technology and Superior Workflow

Without doubt, the security of settlement information is of the utmost importance.

## AdminLink: Internal Case Information Access Management

Exclusive proprietary technology offers access to real time reports, response rates and more, 24/7. With AdminLink, our operations staff can access current case information in one single location, ensuring every CPT staff member involved in your case is up to date and has all the information they need at their fingertips.

## Comprehensive Marketing

Our onsite print/mail house and web development team not only affords you greater value and tighter security, we assure full legal compliance in all materials and up to date information for all class members, thereby reducing demands on client time and resources.

# Comprehensive Service

## Pre-Settlement Consulting

Entrusting class action administration to CPT Group is the first step in the confident achievement of the goals of the goals of the lawsuit. Our full spectrum consultation services address every critical area of need, providing clear and actionable planning combined with cost-effective administration.

- Preliminary Approval Declarations
- Settlement Agreement Consultation
- Timelines
- Scheduling
- Statistical Reporting
- Notice Campaign Planning
- Neutral Third Party Administrator

## Legal Notification

CPT Group is adept at third-party data hosting and communication services using proprietary technology across multiple platforms, including print, media and online. Clear-language

documents, translated according to class member needs, support and guide members through a seamless case rollout, regardless of scope or complexity.

- Pre-Certification/Belaire West/Privacy Mailing
- Class Certification Noticing
- Settlement Notification
- Formatting Legal Notices
- Electronic Notification email/website
- Translation Services
- In-House Production
- Expert Legal Noticing Campaigns
- In-House Translation Services

## Data Management

Quality, accuracy, speed and security are the cornerstones of CPT's proprietary technology and data management systems. We developed our specialized data management, analysis and reporting tools to move the skillset up, innovate new and better solutions and create a superior workflow with complete and timely accountability and efficiency.

- Data Analysis
- Data Entry
- Data Management
- Secure Data Transfer
- Data Reporting

## Class Member Assistance

Customer response and targeted outreach receive multilevel attention. We have a massive capacity to handle this all-important aspect of settlement administration. Our multilingual call center offers class members 1:1 responsiveness. Interactive Voice Response assures that class members receive the assistance and support they require. Our proprietary, case-specific call tracking system uses dedicated toll-free numbers, and highly trained



representatives to document and maintain an accurate class member history of interaction.

- Live Call Center Support (multilingual)
- Interactive Voice Response (IVR) capabilities
- Proprietary Call Tracking System

## Claims Administration

At the heart of CPT's administrative capabilities is our ability to process claims accurately, efficiently and in full compliance. Our skilled approach to using technology and controlling management costs is the bedrock of our effectiveness. Regardless of class size or case intricacy, we address all aspects of administration to provide comprehensive and complete solutions.

- In-House Secure Data Processing
- Track & Process Undeliverable Mail
- Claims Processing (mail/online)
- Host & Maintain Case Websites
- Secure Claims Validation

## Settlement Fund Administration

CPT's centralized fund distribution process manages fully audited and securely supervised accounts, handling all aspects of Federal and State tax filings and forms printing and distribution to all recipients.

- Secure Disbursement Processing

- Qualified Settlement Fund (QSF) Management (establish/maintain)
- Federal and Multi-State Tax Reporting (W2/1099)
- Physical Checks, ACH, eCheck, Merchant eGift Cards, Merchant Physical Gift Cards, and Prepaid Debit Cards Options
- Escheatment of Unclaimed Settlement Funds Cy Pres Distribution

## Widespread Experience

- FLSA
- Wage & Hour
- Labor & Employment
- PAGA
- Consumer
- Product Liability
- Data Breach Notification

- Government Services
- Insurance
- Securities
- Finance
- Antitrust
- ERISA

## Contact Us 800.542.0900

CPT Group, Inc. is not just part of the solution. It is the solution. Please allow us to answer your questions and discuss your immediate and future needs.