IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **RONALD WILLIAMSON**, individually, and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>**CURALEAF, INC.**,<br><br>    Defendant. | Case No. 3:22-cv-00782-IM<br><br>**FINAL JUDGMENT** |

For the reasons stated in this Court's Order, ECF 31, this Court gives final approval to the settlement of Representative Plaintiff Williamson's claims against Defendant as fair, reasonable, and adequate to the parties and the Class.

**THEREFORE, IT IS ADJUDGED** that:

This action is DISMISSED with prejudice as to Class Members of the certified Settlement Class. The following individual is excluded from the Settlement Class: Manuel Lutin.

DATED this 16th day of November, 2023.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge