**Kelly D. Jones, OSB No. 074217**
Of Attorneys for Plaintiff
Law Office of Kelly D. Jones
819 SE Morrison St., Suite 255
Portland, Oregon 97214
kellydonovanjones@gmail.com
Direct 503-846-4329

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **RONALD WILLIAMSON** individually, and on behalf of others similarly situated<br><br>Plaintiff<br><br>vs<br><br>**CURALEAF, INC**.<br><br>Defendant | Case No. 3:22-cv-00782-IM<br><br>**JOINT MOTION TO EXTEND CLASS SETTLEMENT DISTRIBUTION DATE**<br><br>Expedited Consideration Requested |

**MOTION TO EXTEND DISTRIBUTION DATE**– Page 1 of 6

# MOTION

The Court entered an order granting final approval of the class action settlement and final judgment in this case on November 16, 2023. Docs. 31, 32. As agreed to by the parties and pursuant to the final approval order, the date to distribute, *inter alia*, class members' settlement payments was reset to 60 days after entry of the final approval order and final judgment by the Court, assuming no appeals or review were filed[1]. Doc. 31 ¶ 12. Therefore, the current distribution date is set for January 15, 2024.

Pursuant to this Court's inherent authority and this Court's retention and "continuing jurisdiction over the Class Members and implementation of the Agreement, distribution of the Settlement Fund, and any other payments required by the Agreement, until each and every act agreed to be performed pursuant to the Agreement, or by this Court's orders, has been performed," the parties jointly request, and move the Court for, an order extending the "Distribution Date" in the parties' Agreement and this Court's final approval order from January 15, 2023 to March 12, 2024. Doc. 31. ¶10.

---

[1] No such petitions for review or appeal were filed.

**MOTION TO EXTEND DISTRIBUTION DATE**– Page 2 of 6

## MEMORANDUM

The distribution date was amended from the terms of the parties' settlement agreement given the extra time that the parties and the class administrator CPT Group, Inc. (CPT) expected would be needed to continue the investigation into, and implementation of additional measures to invalidate, suspected widespread fraud in the claims process, in an effort to ensure that class settlement payments would be paid to as few non-class members as reasonably possible. *See*, *e.g.*, Doc. 25 at 12-23; Doc. 26 ¶¶ 16-24. *Inter alia*, in her declaration filed in support of final approval, Julie Green of CPT stated that: "While it is impossible to eliminate every potentially fraudulent claim, we anticipate that after employing these additional tactics, our final count of valid claims eligible for payment will align more closely with the initial expectations for this matter," and that "CPT will continue to work on the claims validation as described above over the coming weeks and is prepared to provide supplemental reporting to Counsel and to the Court as to our progress." Doc. 26 ¶¶ 22, 24.

In CPT's declaration filed in support of this motion (Green Decl.), Julie Green explains that "[d]uring the claims period (July 28, 2023, to September 27, 2023), CPT received a total of 502,557 claims, of which the majority were submitted online through the website," and that "[a]s of the date of my November 3, 2023, declaration, 472,488 claims had

been invalidated and 30,068 claims were currently still under review." Green Decl. ¶¶5-6. "Since then, with Defense Counsel's input, CPT has further invalidated 16,969 claims on the basis on invalid purchase location." *Id*. ¶7. "CPT is now in the process of analyzing results from various fraud detection processes that, for example, identify email addresses (combined with other data points like name, address, IP) associated with fraud in the context of someone's "digital identity."" *Id*. ¶8. Ms. Green explains that CPT "expect[s] the analysis referred to in paragraph will take us several more days to complete. Further, while we hope the results from our fraud analysis will enable us to achieve a reasonable count of valid claims to proceed with disbursement, there is a possibility that additional measures will need to be employed (*e.g.*, possible outreach to the remaining claims under review)." *Id*. ¶10.

Given the progress to date on CPT's and the parties' investigation, employed measures, and continuing efforts and additional measures to be employed in order to combat the fraud in the claims process, CPT is "reasonably confident that our validation process will be complete and we will be ready to disburse to valid claimants within sixty (60) days of the date of this declaration." *Id*. ¶11.

**MOTION TO EXTEND DISTRIBUTION DATE**– Page 4 of 6

## CONCLUSION

For the foregoing reasons, respectfully, the class administrator's request and the parties' joint motion to extend the "Distribution Date" in the parties' agreement and set forth this Court's final approval order (Doc. 31 ¶12) to March 12, 2024, should be granted. This request is asserted in good faith and not for the purpose of delay. Assuming this motion is granted, notice will be posted to the class website so that class members are apprised of the modified distribution date.

January 12, 2024

**RESPECTFULLY AND JOINTLY FILED BY,**

s/ Kelly D. Jones
**Kelly D. Jones, OSB No. 074217**
Of Attorneys for Plaintiff
Law Office of Kelly D. Jones
819 SE Morrison St., Suite 255
Portland, Oregon 97214
kellydonovanjones@gmail.com
Direct 503-846-4329

s/ Graham M. Sweitzer
**Graham M. Sweitzer, OSB No. 025866**
Attorney for Defendant
Harrang Long P.C.
111 SW Columbia, Suite 950
Portland, OR 97201
Telephone: 503-242-0000
Email: graham.sweitzer@harrang.com

**MOTION TO EXTEND DISTRIBUTION DATE**– Page 5 of 6

## CERTIFICATE OF SERVICE

I certify that this document was served on all necessary parties through this Court's ECF system.

January 12, 2024

                                            s/ Kelly D. Jones
                                            **Kelly D. Jones, OSB No. 074217**
                                            The Law Office of Kelly D. Jones
                                            819 SE Morrison St., Suite 255
                                            Portland, Oregon 97214
                                            kellydonovanjones@gmail.com
                                            Direct 503-846-4329
                                            Of Attorneys for Plaintiff